| | |
|---|---|
| 1 | Katherine E. Carlton Robinson, Esq. (IN #31694-49) |
| 2 | *(admitted Pro Hac Vice)*<br>Schuckit & Associates, P.C. |
| 3 | 4545 Northwestern Drive<br>Zionsville, IN 46077 |
| 4 | Telephone: 317-363-2400<br>Fax: 317-363-2257 |
| 5 | E-Mail: krobinson@schuckitlaw.com |
| 6 | *Lead Counsel for Defendant Trans Union, LLC*<br>*Designated Counsel for Service* |
| 7 | |
| 8 | Eileen T. Booth, Esq. (CSB #182974)<br>Jacobsen & McElroy PC |
| 9 | 2401 American River Drive, Suite 100<br>Sacramento, CA 95825 |
| 10 | Telephone: 916-971-4100<br>Fax: 916-971-4150 |
| 11 | E-Mail: ebooth@jacobsenmcelroy.com |
| 12 | *Counsel for Defendant Trans Union, LLC* |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANDREW CHARLES REED and KATHLEEN SUE REED,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC;<br>　　　　Defendants. | CASE NO. 2:20-cv-02393-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiffs Andrew Charles Reed and Kathleen Sue Reed ("Plaintiffs"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY– 2:20-CV-02393-MCE-AC**

|     |                                              |
| --- | -------------------------------------------- |
| 1   | Respectfully submitted,                      |
| 2   |                                              |
| 3   | Date:  April 26, 2021            *s/ Clark Ovruchesky (with consent)* |
| 4   |                                  Clark Ovruchesky, Esq.             |
|     |                                  C.O. Law, APC                       |
| 5   |                                  2404 Broadway, Suite 150            |
|     |                                  San Diego, CA 92102                 |
| 6   |                                  Telephone: (619) 356-6591           |
|     |                                  Fax: (916) 392-6950                 |
| 7   |                                  E-Mail: co@colawcalifornia.com      |

Date: April 26, 2021            *s/ Clark Ovruchesky (with consent)*
Clark Ovruchesky, Esq.
C.O. Law, APC
2404 Broadway, Suite 150
San Diego, CA  92102
Telephone: (619) 356-6591
Fax: (916) 392-6950
E-Mail: co@colawcalifornia.com

*Counsel for Andrew Charles Reed and Kathleen Sue Reed*

Date: April 26, 2021            *s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
  (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all claims of Plaintiffs Andrew Charles Reed and Kathleen Sue Reed against Defendant Trans Union, LLC, are dismissed with prejudice. Plaintiffs Andrew Charles Reed and Kathleen Sue Reed and Defendant Trans Union, LLC, shall each bear their own costs and attorneys' fees. This case shall proceed on Plaintiffs' remaining claims.

IT IS SO ORDERED.

Dated: April 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE