**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW CHARLES REED and KATHLEEN SUE REED,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC;<br>　　　　Defendants. | CASE NO. 2:20-cv-02393-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiffs Andrew Charles Reed and Kathleen Sue Reed ("Plaintiffs"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Experian should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

///

///

///

///

///

///

///

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. – 2:20-CV-02393-MCE-AC**
Page 1 of 2

Dated: February 14, 2022							Respectfully submitted,

                                                             **C.O. LAW, APC**

                                            By: /s/ Clark Ovruchesky
                                                   Clark Ovruchesky
                                                   ATTORNEYS FOR PLAINTIFF

                                                          **JONES DAY**

                                            By:  /s Matthew R. Fox
                                                   MATTHEW R. FOX, ESQ.
                                                 ATTORNEY FOR EXPERIAN

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all claims of Plaintiffs Andrew Charles Reed and Kathleen Sue Reed against Defendant Experian information Solutions, Inc. are DISMISSED with prejudice.  Plaintiffs Andrew Charles Reed and Kathleen Sue Reed and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.  The Court of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  February 16, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE